FILED: March 4, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1274
(1:11-cv-00442-TSE-TCB)
_____

AMERICAN MANAGEMENT SERVICES, LLC, d/b/a Pinnacle

    Plaintiff - Appellant

v.

DEPARTMENT OF THE ARMY

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered January 9, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*